IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROP PRODUCTION SERVICES, INC., a Delaware Corporation,

    Plaintiff,

v.

JOEY C. GREENBERG, an individual; and NICHOLAS CLAUSSEN, an individual,

    Defendants.

No. C 16-04020 WHA

**ORDER DENYING APPLICATION FOR PRO HAC VICE**

The pro hac vice application of Michael J. Hofmann is **DENIED** for failing to comply with Civil Local Rule 11–3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). An application that only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fees do not need to be paid again, the application cannot be processed until a corrected form or application is submitted.

    **IT IS SO ORDERED.**

Dated: August 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE