Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Crop Production Services, Inc.

Plaintiff(s),

v.

Joey C. Greenberg; and Nicholas Claussen

Defendant(s).

Case No: C 16-4020 WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael J. Hofmann, an active member in good standing of the bar of Supreme Court of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Crop Production Service, Inc. in the above-entitled action. My local co-counsel in this case is Robert A. Padway, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1700 Lincoln St., Suite 4100 | 560 Mission St., 25th Floor |
| Denver, CO 80203 | San Francisco, CA 94105-2994 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (303) 861-7000 | (415) 675-3400 |
| My email address of record: | Local co-counsel's email address of record: |
| michael.hofmann@bryancave.com | robert.padway@bryancave.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 30207.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/11/16

Michael J. Hofmann
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael J. Hofmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 16, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE