# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC.<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>JOEY C. GREENBERG; and NICHOLAS CLAUSSEN<br><br>　　　　　　　　　Defendant(s). | Case No: C 16-4020 WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　　I, Alexis Lee Kirkman, an active member in good standing of the bar of Supreme Court of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Crop Production Services, Inc. in the above-entitled action. My local co-counsel in this case is Robert A. Padway, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1700 Lincoln St., Suite 4100<br>Denver, CO 80203 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4070 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(303) 861-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 675-3400 |
| MY EMAIL ADDRESS OF RECORD:<br>alexis.kirkman@bryancave.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>robert.padway@bryancave.com |

　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46213.

　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: October 24, 2016　　　　　　　　　　　　　　/s/ Alexis L. Kirkman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT
　　　　　　　　　　　　　　　　　　　　　　　Alexis L. Kirkman

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　　IT IS HEREBY ORDERED THAT the application of Alexis Lee Kirkman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2016.

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　　　*October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com