IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROP PRODUCTION SERVICES, INC.,

    Plaintiff,

  v.

JOEY C. GREENBERG and NICHOLAS CLAUSSEN,

    Defendants.

No. C 16-04020 WHA

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

The Court is in receipt of the parties' stipulation allowing plaintiff to file a second amended complaint, which was attached as an exhibit to the stipulation (Dkt. No. 54). The stipulation is **APPROVED** on the condition that plaintiff separately file said amended complaint.

**IT IS SO ORDERED.**

Dated: January 3, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE