IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROP PRODUCTION SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOEY C. GREENBERG and NICHOLAS CLAUSSEN,<br><br>　　　　Defendants. | No. C 16-04020 WHA<br><br>**ORDER RE THIRD-PARTY WILBUR-ELLIS COMPANY'S DISCOVERY LETTER DATED JANUARY 9, 2017** |

Third-party Wilbur-Ellis Company shall fully comply with the Court's order, as stated on the record during the hearing on Wilbur-Ellis's discovery letter, by **JANUARY 26**.

**IT IS SO ORDERED.**

Dated: January 12, 2017.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE