IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROP PRODUCTION SERVICES, INC.,
A Delaware Corporation,

    Plaintiff,

  v.

JOEY C. GREENBERG, an individual, and
NICHOLAS CLAUSSEN, an individual,

    Defendants.

No. C 16-04020 WHA

**ORDER SETTING
DISCOVERY HEARING**

The Court **SETS** a two-hour meet-and-confer starting from **9:30 A.M. AND CONTINUING TO 11:30 A.M. ON THURSDAY, MAY 11, 2017**, in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **11:30 A.M.**, the Court will hear any remaining discovery issue(s) in Courtroom No. 8. Plaintiff's response is due by noon on May 8.

Please note that only those lawyers who personally meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE